UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: SA CR 14-00124-DOC                                   Date: June 13, 2023

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Deborah Parker | Anne Gannon |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) JORDAN MICHAEL BRESYN | X | X | | Courtney Elizabeth Pilchman | X | | X |

**PROCEEDINGS:** SENTENCING FOR REVOCATION OF SUPERVISED RELEASE *(Held)*

Also present, USPO Lillian Smith.

Transcripts for these proceedings are SEALED by order of the Court unless unsealed by Court order.

WHEREAS based on the admission of the defendant to allegations one through seven (1-7) and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on April 27, 2017;

IT IS HEREBY ORDERED that the defendant's supervised release be revoked and defendant, Jordan Michael Bresyn, is hereby committed to the Bureau of Prisons for a term of twenty-four (24) months. Upon release from custody, defendant shall be placed on supervised release for a term of 10 years upon the same terms and conditions as originally imposed, with the following modifications and/or additional condition(s):

(1) The offender shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.

**cc: USPPO, USM**

: 15

**Initials of Deputy Clerk** kdu