PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
NOV 5, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rrp___ DEPUTY

U.S.A. VS. Jordan Michael Bresyn            Docket No.: 8:14-CR-00124-DOC-1

**Petition on Probation and Supervised Release (Modification)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Jordan Michael Bresyn</u> who was placed on supervision by the Honorable <u>DAVID O. CARTER</u> sitting in the Court at <u>Santa Ana,</u> <u>California</u>, on the <u>12th</u> day of <u>June,</u> <u>2023</u> who fixed the period of supervision at <u>10 years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **The original term of supervision imposed in this case on March 27, 2017, was revoked on June 12, 2023.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Considering Mr. Bresyn's criminal history and history of noncompliance, the proposed modification is being requested to provide Mr. Bresyn with structure and deter him from engaging in high-risk behaviors.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Jordan Michael Bresyn, as a special condition of supervision, shall report in person directly to the Court at a date and time to be set by the United States Probation Office, and thereafter report in person to the Court as directed. Jordan Michael Bresyn, as a special condition of supervision, shall be restricted from utilizing or accessing any online social networking accounts without the prior approval of the Probation and Pretrial Services Officer.

ORDER OF COURT

Considered and ordered this  5th  day of  NOV , 2024 and ordered filed and made a part of the records in the above case.

*/s/ David O. Carter*
United States District Judge
HONORABLE DAVID O. CARTER

Respectfully,

/S/ NICHOLAS CUELLAR
U. S. Probation & Pretrial Services Officer

Place:   Santa Ana, California

Approved: /S/ CORDALE JOHNSON
Supervising U.S. Probation & Pretrial Services Officer

Date:   October 31, 2024